UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH M GREGORY,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

_____/

No. C 09-1800 PJH

**ORDER**

    Before the court is plaintiff's motion to "stay discovery for 60 days" because he is having difficulty finding legal representation.  The court construes this request as a one for an extension of time to complete discovery.  There being no opposition of defendants, the motion is GRANTED.  The February 26, 2010 discovery deadline is continued to April 26, 2010.  The deadline to hear dispositive motions is continued from April 14, 2010 to June 30, 2010.

**IT IS SO ORDERED.**

Dated: February 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge