UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GREGORY,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 09-1800 PJH

**ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINE**

    Before the court is pro se plaintiff's motion to enlarge time, in which plaintiff seeks a 30 day extension of time in which to complete discovery, and defendant's objection thereto. Having reviewed plaintiff's request and defendant's objection, the court finds that good cause exists for a 30 day extension of the discovery deadline, and hereby GRANTS plaintiff's request. Thus, the April 26, 2010 discovery deadline is continued to May 26, 2010. The deadline to hear dispositive motions is continued from June 30, 2010 to July 30, 2010.

    Plaintiff is hereby placed on notice, however, that this is the final extension that will be granted by the court. In addition, plaintiff is hereby ordered to submit to his deposition no later than April 23, 2010, or face sanctions, including possible dismissal of his case.

**IT IS SO ORDERED.**

Dated: April 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge