```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   KENNETH M. GREGORY,         )
                                  )
12          Plaintiff(s),         )   No. C09-1800 PJH (BZ)
        v.                        )
13                                )
     CITY & COUNTY OF SAN         )   SCHEDULING ORDER
14   FRANCISCO,                   )
                                  )
15          Defendant(s).         )
                                  )
16
```

17      Following a telephone conference, **IT IS ORDERED** that Mr.
18 Gregory and Ms. Baumgartner are to meet and confer on the
19 record in an effort to resolve the outstanding disputes in
20 accordance with the guidance give by the Court on **Wednesday,**
21 **June 30, 2010 at 2:00 p.m.** at either Ms. Baumgartner's office
22 or in my courtroom.  In the event that the parties are unable
23 to resolve their dispute at this session, defendant will file
24 an opposition to plaintiff's Motion to Compel no later than
25 **July 9, 2010**.  Plaintiff will reply no later than **July 16,**
26 ///
27 ///
28 ///

1

1 | **2010.**  The Court will schedule a hearing if necessary.
2 | Dated: June 25, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GREGORY V. CITY & CTY S.F\ORDER TO MEET AND CONFER.wpd

2