UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH M. GREGORY,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 09-1800 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

In order to allow defendant's motion for summary judgment to be heard in conjunction with the court's regular law and motion calendar, the hearing on defendant's motion, which was previously set for July 30, 2010 at 9:00 a.m., has been CONTINUED to August 4, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: July 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge