UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH M. GREGORY, | ) | |
| Plaintiff(s), | ) | No. C09-1800 PJH (BZ) |
| v. | ) | |
| CITY & COUNTY OF SAN FRANCISCO, | ) | **ORDER RE FILING RECORD OF MEET AND CONFER SESSION** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that the attached tape containing the Meet and Confer Session of the parties shall be filed and made part of the record.

Dated: August 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GREGORY V. CITY & CTY S.F\ORDER FILING MEET AND CONFER SESSION.wpd

1