UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH M GREGORY,

    Plaintiff(s),            No. C 09-1800 PJH

  v.                         **SCHEDULING ORDER**

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

    In accordance with this court's order at the August 4, 2010 hearing on defendant's motion for summary judgment, and in light of Magistrate Judge Zimmerman's August 13, 2010 order granting in part plaintiff's motion to compel further discovery and ordering further production by defendant by August 30, 2010, plaintiff's opposition to defendant's motion for summary judgment shall be filed no later than September 15, 2010.  Any reply shall be filed no later than September 22, 2010.  In view of the court's unavailability for hearing on October 6, 2010, or on the two following Wednesdays, the briefs shall indicate that the matter will be decided on the papers.   If either party wishes to have a hearing, they should indicate as much in their brief and the court will endeavor to schedule a date for hearing in November.

    **IT IS SO ORDERED.**

Dated: August 27, 2010

                                               _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge